# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

132149

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN HILL,
      Defendant-Appellant.

SC: 132149
COA: 271746
Genesee CC: 05-016891-FH

_____/

By order of January 29, 2007, the application for leave to appeal the August 25, 2006 order of the Court of Appeals was held in abeyance pending the decision in *People v Johnston* (Docket No. 130526). On order of the Court, the case having been decided on June 15, 2007, 478 Mich 903 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand the case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

_____
Clerk